**SEALED**

ORIGINAL

FILED-USDC-NDTX-DA
'23 OCT 24 PM1:55
AGC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ALICE MARIE PENCE (01) | |

### INDICTMENT

The Grand Jury charges:

Count One
Transmitting a Threatening Communication in Interstate Commerce
(Violation of 18 U.S.C. § 875(c))

On or about March 12, 2023, in the Northern District of Texas and elsewhere, the defendant, **Alice Marie Pence**, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat, namely, **Pence** placed a call from Florida to the chambers of a United States District Judge in Amarillo, Texas, and threatened to kill the United States District Judge.

All in violation of 18 U.S.C. § 875(c).

Indictment - Page 1

Count Two
Influencing Federal Official by Threat
(Violation of 18 U.S.C. § 115(a)(1)(B))

On or about March 12, 2023, in the Northern District of Texas and elsewhere, the defendant, **Alice Marie Pence**, did threaten to murder a United States District Judge, with intent to impede, intimidate, and interfere with the United States District Judge while engaged in the performance of his official duties, and to retaliate against the United States District Judge on account of the performance of his official duties.

All in violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL.

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
801 Cherry St. Unit #4
Fort Worth, Texas 76131
Telephone: 817-252-5200
Fax: 817-252-5455
Email: matthew.weybrecht@usdoj.gov

Indictment - Page 2

**SEALED**

ORIGINAL

FILED-USDC-NDTX-DA
'23 OCT 24 PM 1:55
AG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| ALICE MARIE PENCE (01) | |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America ("the government"), by and through the United States Attorney for the Northern District of Texas, moves for an order sealing the indictment returned by the grand jury in the above-captioned criminal case. The government requests that the indictment remain sealed until defendant **Alice Marie Pence**, has been apprehended and has made an initial appearance in federal court, or until further order of the Court. The government believes that the public release of the defendant's identity before they have been arrested may hinder their apprehension or may otherwise interfere with the prosecution of the case.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
Email: matthew.weybrecht@usdoj.gov

Motion to Seal - Page 1

Case 2:23-mj-01181-KCD   Document 1   Filed 11/08/23   Page 4 of 4   PageID 10



**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED-USDC-NDTX-DA
'23 OCT 24 PM 1:55
AGC

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| ALICE MARIE PENCE (01) | |

### ORDER

Before the Court is the Government's Motion to Seal Indictment in the above-captioned criminal case. The Court **GRANTS** the motion.

IT IS THEREFORE ORDERED that the indictment be **sealed** until such time as defendant **Alice Marie Pence** has been apprehended and have made an initial appearance in federal court, or until further order of the Court.

IT IS FURTHER ORDERED that the case against the defendant be **unsealed** upon **Alice Marie Pence** apprehension and initial appearance in federal court.

IT IS FURTHER ORDERED that this order and the accompanying motion be **sealed**.

SIGNED on this 24th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Order – Page 1